ALISON M. NORRIS (SBN #248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Fl.
Los Angeles, California  90017
Tel.: 213.426.2556
Fax: 213.623.1673

*Attorney for Defendants*
Bank of America, N.A., BAC Home Loans Servicing, LP, Banc of America Insurance Services, Inc. and Balboa Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENT FARMER, as an individual and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, BANC OF AMERICA INSURANCE SERVICES, INC. and BALBOA INSURANCE COMPANY,<br><br>Defendants. | Case No. 11-CV-00739-CJC (RNBx)<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Courtroom:  9B<br>Judge: Hon. Cormac J. Carney |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Bank of America, N.A., BAC Home Loans Servicing, LP, Banc of America Insurance Services, Inc. and Balboa Insurance Company hereby file this corporate disclosure statement, and disclose the following:

Bank of America, N.A. is a wholly-owned indirect subsidiary of the publicly-traded Bank of America Corporation. Bank of America Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

BAC Home Loans Servicing, LP is a wholly-owned indirect subsidiary of the publicly-traded Bank of America Corporation. Bank of America Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

Banc of America Insurance Services, Inc. is a wholly-owned indirect subsidiary of the publicly-traded Bank of America Corporation. Bank of America Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

Balboa Insurance Company is a subsidiary of BA Insurance Group, Inc., which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation has no parent company and no publicly-held company owns more than 10% of its shares.

| | | |
|---|---|---|
| 1 | Dated: June 9, 2011 | Respectfully submitted, |
| 2 | | /s/   Alison M. Norris |
| | | ALISON M. NORRIS |
| 3 | | *anorris@goodwinprocter.com* |
| | | **GOODWIN PROCTER LLP** |
| 4 | | 601 South Figueroa Street, 41st Fl. |
| | | Los Angeles, California  90017 |
| 5 | | Tel.:  213.426.2556 |
| | | Fax:  213.623.1673 |
| 6 | | |
| 7 | | *Attorney for Defendants* |
| | | Bank of America, N.A., BAC Home Loans Servicing, LP, Banc of America Insurance Services, Inc. and Balboa Insurance Company |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 South Figueroa Street, 41st Fl., Los Angeles, CA 90017.

On **June 9, 2011**, I served on the interested parties in said action the within:

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

| | |
|---|---|
| **Rebekah L. Bailey**<br>*bailey@nka.com*<br>**NICHOLS KASTER, LLP**<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel.: (612) 256-3200<br>Fax: (612) 215-6870 | Counsel for Plaintiff:<br>*Kent Farmer, as an individual and as a representative of the classes* |
| **Matthew C. Helland**<br>*Helland@nka.com*<br>**NICHOLS KASTER, LLP**<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>Tel.: (415) 277-7235<br>Fax: (415) 277-7238 | |

☑   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

1  I declare under penalty of perjury that I am employed in the office of a member
2  of the bar of this Court at whose direction this service was made and that the
3  foregoing is true and correct.
4  Executed on June 9, 2011, at Los Angeles, California.

|  Randolph A. Roque  |  *(Signature)* |
|---|---|
| (Type or print name) | (Signature) |