NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

_____          _____
Date              Sign

_____
Attorney of record for or party appearing in pro per

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, 41st Fl., Los Angeles, CA 90017.

On **June 9, 2011**, I served on the interested parties in said action the within:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**Rebekah L. Bailey**
*bailey@nka.com*
**NICHOLS KASTER, LLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: (612) 256-3200
Fax: (612) 215-6870

Counsel for Plaintiff:
*Kent Farmer, as an individual and as a representative of the classes*

**Matthew C. Helland**
*Helland@nka.com*
**NICHOLS KASTER, LLP**
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Tel.: (415) 277-7235
Fax: (415) 277-7238

☑   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on June 9, 2011, at Los Angeles, California.

| Randolph A. Roque | *[Signature]* |
|---|---|
| (Type or print name) | (Signature) |