Serial # NICKAA 86757 5041  

Re: 11272-01

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

AFFIDAVIT OF SERVICE

_____TIMOTHY J. PRICE_____, being duly sworn, on oath says that on
(Name of Server)

__6__ / __10__ /2011 at __3__ : __10__ P M
(Date of Service)       (Time of Service)

s(he) served the attached: ECF No .3 - Proof of Service of Summons, Complaint, etc . on All Defendants; ECF No.4 - Notice of Manual Filing; ECF No.5 - Ex Parte Application; ECF No.6 - Order Granting Ex Parte Application; ECF No.7 - Notice of Correction, with Exhibit I; ECF No.8 - First Amended Complaint, with Exhibits; and Copy of Original Summons

upon: Goodwin Procter, LLP

therein named, personally at:   601 South Figueroa Street
                                41st Floor
                                Los Angeles, CA 90017

by handling to and leaving with:

[X]   someone who is authorized to accept service on behalf of Goodwin Procter, LLP

_____DIANA AREVALO_____          RECEPTIONIST PER CCP 1011
(Name of the Person with whom the documents were left)     (Title or Relationship)

a true and correct copy thereof.

_____
(Signature of Server)

Subscribed and Sworn to before me

_06_ / _13_ /2011.

_____
(Signature of Notary)

JACK W. BIGGERSTAFF
COMM. # 1824448
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES NOV. 25, 2012

* Service was completed by an Independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215